IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | | |
|---|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 3:10-CV-183 |
| | ) | |
| AMERICAN PATRIOT GETAWAYS, LLC, | ) | |
| W. D. AND MARY ANN SHYTLE, | ) | |
| RACHAEL JEANETTE SUMPTER, and | ) | |
| JOEL ANDREW SUMPTER, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff and Defendants file this Stipulation of Dismissal Without Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(II).

1. Plaintiff Auto-Owners Insurance Company has sued Defendants American Patriot Getaways, LLC, W. D. and Mary Ann Shytle, Rachael Jeanette Sumpter, and Joel Andrew Sumpter seeking a declaratory judgment regarding the duty to defend and the duty to indemnify its Insured in the underlying lawsuit.

2. The underlying lawsuit at issue has been resolved, and as a result, there is no further dispute regarding the duty to indemnify or the duty to defend to be resolved.

3. Defendants W.D and Mary Ann Shytle have not answered or appeared in this case.

4. This case is not a class action.

5. A receiver has not been appointed in this action.

6. Plaintiff previously has not dismissed an action based on or including the same claims as those presented in this suit.

703313.1

7. This Dismissal is **without prejudice**.

Respectfully submitted this 2nd day of July, 2012.

                                                              s/Dean T. Howell
                                                              Howard E. Jarvis, Esq. BPR #006673
Dean T. Howell, Esq. BPR #022130
WOOLF, McCLANE, BRIGHT, ALLEN & CARPENTER, PLLC
Post Office Box 900
Knoxville, Tennessee 37901-0900
Telephone: (865) 215-1000
Facsimile: (865) 215-1001
*Attorneys for Plaintiff Auto-Owners Insurance Company*

s/Clinton L. Kelly by permission Dean T. Howell
Clinton L. Kelly, Esq.
Kelly, Kelly & Allman
629 E. Main Street
Hendersonville, TN 37075-2606
*Attorneys for Defendants Joel Andrew Sumpter and Rachael Jeanette Sumpter*

s/William A. Young by permission Dean T. Howell
William A. Young BPR #001345
O'Neil, Parker & Williamson, PLLC
7610 Gleason Dr., Suite 200
Knoxville, TN 37919
*Attorneys for Defendant American Patriot Getaways, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 2, 2012, a copy of the foregoing Stipulation of Dismissal without Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                              s/ Dean T. Howell
                                              Dean T. Howell, Esq., BPR 022130
                                              WOOLF, McCLANE, BRIGHT,
                                                ALLEN & CARPENTER, PLLC
                                              Post Office Box 900
                                              Knoxville, Tennessee 37901-0900
                                              (865) 215-1000